UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFERY A. STEWART,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-1612-A |
| VERSUS | |
| BURL CAIN, WARDEN,<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent review of the entire record, noting the absence of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Stewart's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of August, 2005.

Dee D. Drell
United States District Judge