U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 0 3 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JEFFERY A. STEWART

VERSUS

WARDEN LA STATE PENITENTIARY

CIVIL NO. 1:04CV1612
JUDGE DRELL
MAG. JUDGE KIRK

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 3rd day of January, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE